IN THE MATTER OF JAMES C. STRONG, Appellant, *v.* EDWARD B. SMITH, Respondent.

(Argued January 27, 1880; decided February 24, 1880.)

Affirmed on opinion of DANIELS, J., at Special Term.

*John C. Strong* for appellant.

*Spencer Clinton* for respondent.

*Per Curiam* opinion for affirmance.
All concur.
Order affirmed.

---

JAMES S. ROGERS, Appellant, *v.* WILLIAM LAYTIN et al., Respondents.

(Argued January 28, 1880; decided February 24, 1880.)

VERY many questions were presented in this case, both as to the findings of the referee and his rulings in the reception of evidence. The court held, that the evidence was sufficient to justify the findings, and so they could not be interfered with. The questions as to evidence were also disposed of in view of the peculiar circumstances of the case.

*C. J. G. Hall* for appellant.

*Theo. F. Jackson* for respondent.

CHURCH, Ch. J., reads for affirmance.
All concur.
Judgment affirmed.